UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA REED,<br><br>                    Plaintiff,<br><br>      v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, and Does 1-100,<br><br>                  Defendants. | 1:08-CV-01710 OWW GSA<br><br>ORDER CLOSING CASE AND RETURNING FILING FEE |

On November 10, 2008, defense counsel removed this action from Sacramento Superior Court to the Fresno Division of the United States District Court for the Eastern District of California.  (Doc. 1.)  Simultaneously, defense counsel filed an identical removal action in the Sacramento Division of the United States District Court for the Eastern District of California. 2:08-cv-2701 WBS-KJM.  The alleged violations took place entirely in Rancho Cordova, California, which is part of the Sacramento Division.  *See* Local Rule 3-120(d).

No transfer order is necessary, as the case has already been filed in the Sacramento Division.

The clerk is directed to close this case and return the filing fee.


SO ORDERED
DATED:  November 18, 2008

                                      /s/ Oliver W. Wanger
                                    Oliver W. Wanger
                        United States District Judge